**No. 09-9520. Anthony Ray Thompson, Petitioner v. Raymond J. Sobina, Superintendent, State Correctional Institution at Albion.**

561 U.S. 1040, 130 S. Ct. 3540, 177 L. Ed. 2d 1118, 2010 U.S. LEXIS 5313.

June 28, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1111, 130 S. Ct. 2412, 176 L. Ed. 2d 931, 2010 U.S. LEXIS 3824.